IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-00289-RPM

ROCKIE LEE ZIMMERMAN,

             Plaintiff,

v.

JOHN L. CHADBOURNE, II,
RUDY FANNIN,
JOSH BENNER,
MR. LAWRENCE,
MR. DAZEY,
MR. STECKLER,
THE PIKES PEAK REGIONAL LAW ENFORCEMENT ACADEMY,

             Defendants.

_____

ORDER OF DISMISSAL
_____

Pursuant to the scheduling conference on June 3, 2005, it is

ORDERED that the voluntary dismissal of Pikes Peak Regional Law

Enforcement Academy is granted and the complaint and action are dismissed as to

that defendant.

DATED:  August 2nd , 2005.

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge

Case Number:     02-cv-289-RPM

I certify that I mailed a copy of the attached to the following:

Rockie Zimmerman
1625 N. Murray Blvd., #103
Colorado Springs, CO 80915

Dated: August _____, 2005

GREGORY C. LANGHAM, CLERK
S/Leslie A. Martin

By:_____
Deputy

Shane White
Office of the City Attrney
P. O. Box 1575
Colorado Springs, CO 80901

David M. Tenner
Bond & Morris, P.C.
303 E. 17th Ave. #888
Denver, CO 80203

Jason B. Heep
Welborn Sullivan Meck & Tooley, P.C.
821 17th St. #500
Denver, CO 80202