IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-00289-RPM

ROCKIE LEE ZIMMERMAN,

                Plaintiff,

v.

JOHN L. CHADBOURNE, II,
RUDY FANNIN,
JOSH BENNER,
MR. LAWRENCE,
MR. DAZEY,
MR. STECKLER,

                Defendants.

_____

ORDER VACATING JUDGMENT AND DIRECTING ENTRY OF JUDGMENT FOR
PLAINTIFF
_____

On September 26, 2006, judgment was entered for the defendants dismissing this

civil action and awarding the defendants' costs, pursuant to this Court's Order Granting

Summary Judgment of Dismissal, entered on the same day.  On October 10, 2006, the

plaintiff filed a motion to vacate that judgment and enter judgment for the plaintiff pursuant

to Fed. R. Civ. P. 68, attaching an offer of judgment, from the defendants, dated September

20, 2006, and the plaintiff's acceptance of that offer, dated September 27, 2006.   The

defendant in responding to the motion, accepts the law cited by the plaintiff that the offer

and acceptance must be accepted by the Court, despite its ruling and complains only that

the motion is untimely.  The defendant is incorrect with respect to the timeliness of the

motion and it is now

ORDERED that the Judgment and Order granting Summary Judgment of Dismissal,

both entered September 26, 2006, are vacated and it is

FURTHER ORDERED that the Clerk shall enter judgment for the plaintiff, Rockie

Lee Zimmerman, and against the defendants, jointly and severally, in the amount of

$2,500.00 with no costs.

DATED: November 14th , 2006

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge